```
 1  Name of Attorney _____
    Bar # _____
 2  Address _____
           _____
 3  Phone # _____
    e-mail address _____
 4
```

RECEIVED
FILED
JUN 16  2 23 PM '14
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

In re: First Resolution            )   Bankruptcy No.: 04-16503
                                   )   Chapter 7
                                   )
                                   )   MOTION TO WITHDRAW MONEY
                                   )   UNDER 28 U.S.C. SECTION 2042
                                   )
                                   )   Hearing Date:
                      Debtor(s).   )   Hearing Time:
Ronda L. Ault                      )

There was a dividend check in the amount $ 792.99 in the above-named case issued to

First Resolution. Said check having not been cashed by said payee, the Trustee, pursuant to 11 U.S.C.

Section 347(a), delivered the unclaimed money to the Clerk, US Bankruptcy Court.

**PLEASE CHECK THE PARAGRAPH THAT APPLIES:**

☑ Claimant is the creditor or debtor in whose behalf these moneys were deposited and is entitled to the moneys deposited.

☐ Claimant is not the creditor but is entitled to payment of these moneys because **(Please state the basis for your claim to the moneys)**

Please attach copies of any supporting documentation.[1]

Date: June 11, 2014

*Signature of Claimant or Attorney*

C. Tim Rodenbush
Printed Name

P.O. Box 3400

Seattle, WA 98124
Mailing Address

---

[1] (i) If claimant is heir of deceased creditor, attach copies of death certificate and heirship order of court.
(ii) If claimant is assignee of creditor, attach copy of assignment.
(iii) If claimant is corporate successor of creditor, attach copies of all documents demonstrating such status.
(iv) If claimant is agent of creditor for purposes of filing this application, attach a copy of the agency agreement.
(v) Attach other documents showing entitlement should none of the foregoing apply.

2